UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**GARDEN CITY BOXING CLUB, INC.**               Civil Action No. 07-CV-08077

       **Plaintiff,**

       **.v.**                                              **RULE 7.1 STATEMENT**

**NEW MILLENIUM SEAFOOD CORP.,**
**d/b/a NEW MILLENIUM SEAFOOD**
**and ANGEL P. ALMANZAR**

       **Defendants,**
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Garden City Boxing Club, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Date: September 14, 2007                      <u>/s/ Paul J. Hooten            </u>
                                              **Signature of Attorney**

                                              **Attorney Bar Code: PJH9510**


Form Rule7_1.pdf