```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
            Plaintiff,              Index # 07-CV-8077

        -against-                   CERTIFICATE OF SERVICE

NEW MILLENIUM SEAFOOD CORP.
D/b/a/ NEW MILLENIUM SEAFOOD
and ANGEL P. ALMANZAR
            Defendant,
_____
```

     I certify that a copy of the Calendar Notice was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to each of the following on November 05, 2007:

To:  New Millenium Seafood Corp.
     D/b/a New Millenium Seafood
     2108 Amsterdam Avenue
     New York, NY 10032


     Angel P. Almanzar
     2108 Amsterdam Avenue
     New York, NY 10032



                    By: _____
                        Melody Goetz
                        Paul J. Hooten & Associates
                        Attorney for Plaintiff
                        5505 Nesconset Hwy., Suite 203
                        Mt. Sinai, New York, 11766
                        (631) 331-0547