## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

----------------------------------------
**GARDEN CITY BOXING CLUB, INC.,**

    PLAINTIFF

– vs. –

**NEW MILLENIUM SEAFOOD CORP DBA NEW MILLENIUM SEAFOOD ET ANO,**

    DEFENDANT
----------------------------------------

Index No: **07 CIV 8077**
Date Filed: / /
Office No: **125589**
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**STEVEN AVERY** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **10/25/2007** at **11:15AM** at the office of the Secretary of State of the State of New York in the City of Albany, New York, I served the **SUMMONS AND COMPLAINT** upon **NEW MILLENIUM SEAFOOD CORP DBA NEW MILLENIUM SEAFOOD** the **DEFENDANT** in this action by delivering to and leaving with **CAROL VOGT, CLERK AUTHORIZED TO ACCEPT** in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00. That said service was made pursuant to Section 306 of the BCL.

Deponent further states, he knew the said served to be an authorized **CLERK AUTHORIZED TO ACCEPT** in the Corporate Division of the State of New York.

Deponent further describes the person actually served as follows:

    SEX: **FEMALE**    COLOR: **WHITE**    HAIR: **BROWN**
    APP. AGE: **50**    APP. HT: **5'5**    APP. WT: **150**
    OTHER IDENTIFYING FEATURES:

Sworn to before me on **11/01/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

STEVEN AVERY
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
EG

