UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 8077/07 (RPP)

GARDEN CITY BOXING CLUB, INC.
Plaintiff

against

NEW MILLENIUM SEAFOOD CORP.
ANGEL P. ALMANZAR
Defendant

STIPULATION
DISCONTINUING
ACTION

**MEMO ENDORSED**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned, the attorney of record for the Plaintiff to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, against Angel P. Almanzar ONLY, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 3/3/08

Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547

Pursuant to Rule 41(a)(i) of the Federal Rules of Civ. Procedure this action is dismissed against Angel P. Almanzar only

SO ORDERED:

U.S.D.J.
3/5/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

