```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                      Plaintiff        CIVIL NO. 07-CV-8077

-AGAINST-

NEW MILLENIUM SEAFOOD CORP.
d/b/a NEW MILLENIUM SEAFOOD
and ANGEL P. ALMANZAR                    **DEFAULT JUDGMENT**

                      Defendant
-------------------------------------------------------X

       This action having been commenced on September 14, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, New Millenium Seafood Corp. d/b/a New Millenium Seafood on October 25, 2007 and a proof of service having been filed on November 5, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired. The Clerk also noted the defendant's default on February 14, 2008, it is

       ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in ~~the amount of $20,000.00 with interest at 9% from September 18, 2004, amounting to $6,150.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,620.00~~ *an amount to be determined by the Magistrate Judge assigned*.

Dated: New York, New York
       3/5/08

                                                          /s/ Robert P. Patterson
                                                          Robert P. Patterson
                                                           United States District Judge

                                                           This document was entered on the docket
                                                           on _____