COUNTY OF: BRONX   STATE OF: NEW YORK

BEFORE ME, the undersigned authority, on this day personally appeared ELIZABETH PERALTA, and after being first duly sworn according to law, deposes and states as follows:

1. My name is ELIZABETH PERALTA. I am over the age of eighteen (18) years, of sound mind, competent to testify as to the matters contained herein, personally acquainted with the facts stated herein, and state that they are true and correct.

2. I am currently employed by **AUDITMASTERS**

3. At approximately 11:25 PM on September 18, 2004, I entered:

   No named displayed
   (Name of Establishment)

   2108 AMSTERDAM AVENUE
   (Street Address, including number)

   NEW YORK, NEW YORK 10032
   (City, State & Zip Code)                          (Area Code & Telephone No.)

During my visit, I observed that the UNNAMED LOCATION was displaying the **Oscar De La Hoya Vs Bernard Hopkins** Championship Boxing Match and/or its undercard preliminary bouts. I took a head count at this time and counted approximately 25 persons inside the establishment. I also noticed there was 1 PROJECTION SCREEN television and/or monitors for viewing by patrons inside this establishment.

4. The television monitor(s) displayed the following: **(Logos as they appear on the microphone, ringmat, ring posts, or television screens; and the identity of any boxing activity witnessed, specifically, if applicable, names of fighters, color of boxing trunks, round number and time remaining in round.)**

   The announcer, Jim Brown, was talking about Oscar De La Hoya before the main event

**PLEASE REMEMBER TO DATE AND SIGN THIS AFFIDAVIT IN THE PRESENCE OF THE NOTARY PUBLIC WHO SHALL NOTARIZE YOUR SIGNATURE.**

By: _____ (Signature of Auditor)

ELIZABETH PERALTA (Printed Name of Auditor)

Dated: September 19, 2004.

Sworn to and subscribed before me this __19__ day of _September_ 2004.

Notary Public in and for the State of _New York_

_____
(Signature of Notary Public)
this is a legal document and **MUST** be typed.

My Commission Expires:

OSCAR E. RUIZ
Notary Public, State of New York
No. 01RU6085447
Qualified in Queens County
Commission Expires Dec. 30, 20 _06_

*ORDUNA Group* 631-836-4909

<br>

### CHECKLIST FOR Oscar De La Hoya Vs Bernard Hopkins



# BOXING TELECAST ON Friday, July 30th
(Please type or print legibly)

1. Name of Auditor: ELIZABETH PERALTA

2. Auditor's Date of Birth: 12/04/77

3. Auditor's Social Security Number: 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

4. Auditor's Address: 2160 Seward Avenue, Apt 2F, Bronx, NY 10473

5. Auditor's Phone Number: (646) 269-3655

6. Name of Employer: **AUDITMASTERS**

7. Name, Address, and telephone number of the commercial establishment:
Unknown
2108 AMSTERDAM AVENUE,
NEW YORK, NEW YORK 10032

**NOTE: IT IS IMPORTANT TO NOTE THE COMPLETE NAME AND ADDRESS, INCLUDING STREET NUMBER, CITY, STATE AND ZIP CODE. PLEASE INCLUDE NORTH, SOUTH, EAST, WEST, AVENUE, STREET, BOULEVARD, ETC. WHEN FILLING OUT THE STREET ADDRESS.**

8. Did the establishment advertise or promote the telecast in any way? If so, please describe any banners, flyers, posters or any other promotion you observed.

N/A

9. Was there an admission or cover charge? YES    If so, how much $ 10

10. During my visit to the establishment, I observed the boxing match featuring

_____N/A_____Who wore _____N/A_____ color trunks

VS.

_____N/A_____ Who Wore_____N/A_____Color Trunks

the fight appeared to be in the ___N/A_____round.

I also observed that the ring mat displayed the __N/A_____ logo and

That the corner posts displayed the _____N/A_____ logo

*ORDUNA Group 631-836-4909*

**CHECKLIST (Page -2-)**

11. During my visit to the establishment, I observed the announcer (Black) discussing:



Oscar De La Hoya and his boxing abilities. The announcers were wearing Black tuxedos with white shirts.

I noticed that the _____ logo appeared on their microphones.

Specifically, the announcers were talking about weighting in the boxers.

12. I observed a total of 1 large projection screen television set.
13. Of the 1 television set that I observed, 1 was Displaying the Telecast.

Of The TV's I observed, 1 was a big screen.

14. **Detailed description of at least one employee is required!**
(Name, gender, physical description and if possible, that employee's position with the establishment):
NAME: Ana
RACE: HISPANIC
COLOR EYES: BROWN
COLOR HAIR: Brown
APPROX AGE: 24-27
APPROX WEIGHT: 150
APPROX HEIGHT: 5'2"
POSITION: WORKING ON THE COUNTER AS CASHIER

15. **Establishment Description is required!**
(Interior/exterior, unique features, pool tables, lighting, decorations):
Establishment has one large projection screen television with red walls around the screen and a white character design there were approximately 2 tables. The establishment is a small business, also the television set was located against the wall on the right side of the establishment. They had a gray metal gate half way down and a small handwritten neon green sign that read please excuse us for our appearance, written in Spanish.

### INDEPENDENT AUDITORS AGREEMENT

The undersigned-auditing contractor hereby agrees to perform anti-piracy auditing services for AUDIT MASTERS on the **Oscar De La Hoya Vs Bernard Hopkins** boxing event. During this time, the undersigned-auditing contractor agrees that he/she will devote his/her entire efforts to AUDIT MASTERS. Any information gathered or affidavits completed shall be the exclusive property of AUDIT MASTERS.

I further agree that as an independent auditor working on behalf of AUDIT MASTERS I am required to be responsible for the payment of all taxes due resulting from earnings or income earned from the result of my anti-piracy auditing.

My signature below confirms that I am an independent contractor. As such, I acknowledge that I am responsible for the payment of any taxes due under the provisions of any State or Federal laws during the course of any anti-piracy work done for AUDIT MASTERS, including but not limited to social security and income withholding taxes.

**PRINTED NAME OF AUDITOR:** Elizabeth Peralta

**Auditors Signature** _____

The following information is needed so that we may mail you a 1099 form ($600.00 and over) at the end of the year to be filed with your taxes.